IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TYRONE NUNN, SR., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:12-cv-0468-TMH |
| | )              WO |
| MYRON H. THOMPSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #8) to the Recommendation of the Magistrate Judge filed on June 25, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #7) filed on June 18, 2012 is adopted;

3. This case is DISMISSED at this time without prejudice for the plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE this the 6th day of September, 2012.

　　　　　　　　　　　　　　　　　　　/s  Truman M. Hobbs
　　　　　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE